**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JULIA GREER**                                                                                             **PLAINTIFF**

**V.**                                                   **NO: 3:20CV248-M-P**

**DR. CHARLES M. ELLIOTT, et al.**                                  **DEFENDANTS**

**ORDER OF DISMISSAL WITHOUT PREJUDICE
OF REGION IV MENTAL HEALTH SERVICES**

      Pursuant to a Stipulation of Dismissal filed jointly by the parties in this case [19], it is hereby ordered that Region IV Mental Health Services be **DISMISSED AS A PARTY WITHOUT PREJUDICE**, with each party to bear their own costs. The suit remains otherwise open.

      So ordered, this the 16th day of December, 2020.

                                                      /s/ Michael P. Mills
                                                      **UNITED STATES DISTRICT JUDGE
                                                      NORTHERN DISTRICT OF MISSISSIPPI**